

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00335-CR

Josiah David **LEWIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 10, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice